

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00477-CV

Curtis **WISE** and Winston Hubbard,
Appellants

v.

**LUKE DEVELOPMENT, LLC**,
Appellee

From the 362nd District Court, Denton County, Texas
Trial Court No. 2011-40187-362
The Honorable Robert Bruce McFarling, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee Luke Development, LLC recover its costs of this appeal from Appellants Curtis Wise and Winston Hubbard.

SIGNED August 21, 2013.

_____
Karen Angelini, Justice